■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BRACCO, Appellant. [812 NYS2d 364]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Peck, J.), imposed September 22, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Crane, Luciano and Fisher, JJ., concur.